**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LUZ ENID SEPULVEDA,

                       Plaintiff,                    24 **CIVIL** 6943 (ER)(SLC)

             -against-                      **<u>JUDGMENT</u>**

ACTING COMMISSIONER OF
SOCIAL SECURITY,

                     Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 10, 2025, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**Dated:** New York, New York

      February 11, 2025

                                               **TAMMI M. HELLWIG**
                                               **Clerk of Court**

                      **BY:**      *K. Mango*

                                               **Deputy Clerk**